The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR05-214Z |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | TRIAL DATE |
| FRANKLIN WITTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, makes the following findings and enters the following order:

1. Additional time is necessary for both the government and defendant to effectively prepare this matter for trial.

2. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties need to prepare the matter for trial would result in a miscarriage of justice.

3. The parties have requested and stipulated to a continuance and the defendant shall file a waiver of speedy trial by September 30, 2005.

//
//
//
//

ORDER CONTINUING TRIAL DATE - 1
Franklin Witter/CR05-214Z

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS HEREBY ORDERED that the trial date is continued from October 17, 2005
2 to January 17, 2006 pursuant to Title 18, United States Code, Section 3161(h), and the
3 period of time from the current trial date to the new trial date is excluded in the
4 computation of time under the Speedy Trial Act.  Pursuant to the stipulation of the
5 parties, the defendant shall file a waiver of speedy trial by September 30, 2005.
6   DONE this 26th day of September, 2005.

                                                            s/ James L. Robart /for
                                                            _____
                                                            THOMAS S. ZILLY
                                                            United States District Judge

Presented by:

 /s Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
WA Bar # 91005
United States Attorney's Office
700 Stewart Street, #5220
Seattle, WA 98101-3909
Telephone: (206) 553-2266
Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov


 /s Lisca Borichewski per telephonic approval
JOHN HENRY BROWNE
Attorney for FRANKLIN WITTER

ORDER CONTINUING TRIAL DATE - 2
Franklin Witter/CR05-214Z

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970